206 So.2d 95

Allen J. HERNANDEZ

v.

GORDON'S TRANSPORTS, INC.

No. 49052.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.